UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE LEWIS PARSONS II,<br><br>Defendant. | Civ. Action No. 3:24-cv-1682-L<br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Plaintiff Securities and Exchange Commission (the "SEC") and Defendants George Lewis Parsons II ("Parsons" or "Defendant") respectfully submit this Joint Status Report in accordance with the Court's Scheduling Order in this matter. (Dkt. No. 18).  The parties have continued to have discussions (which began prior to the filing of this matter) about the potential settlement of this matter.  At this time, the parties do not believe they will be able to settle this matter until resolution of the related criminal action which is set for trial in April 2025.  On December 26, 2024, Parsons filed a motion to stay this matter pending resolution of the related criminal action. (Dkt. No. 20).  As noted in Parsons' motion to stay, the SEC does not oppose the requested relief.

Dated:  January 6, 2025

Respectfully submitted,

s/ Derek S. Bentsen
Derek Bentsen, admitted *pro hac vice*
District of Columbia Bar No. 493102
Brian T. Fitzsimons, admitted *pro hac vice*
Pennsylvania Bar No. 208510
Securities and Exchange Commission
100 F St. NE, Washington, DC 20549
Telephone: (202) 551-6426
bentsend@sec.gov

*SEC v. Parsons*
Joint Status Report, p. 1

Tyson Lies
Local Counsel
Texas Bar No. 24087927
Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX 76102
Telephone: (817) 978-1421
Facsimile: (817) 978-4972
liest@sec.gov

Attorneys for Plaintiff

/s/ Patrick Short
Patrick Short
Law Firm of Patrick Short
The Short Professional Building
603 White Hills Drive
Rockwall, TX 75087
Telephone: (972) 961-7766
Facsimile: (972) 771-0377
patrick@patrickshort.com

Attorney for Defendant